THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* PAUL FREDERICK LENEA, JR., Defendant-Appellant.

(No. 74-155;

Third District—April 25, 1975.

PER CURIAM.

James Geis, of State Appellate Defender's Office, of Ottawa, for appellant.

Martin Rudman, State's Attorney, of Joliet, for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* GREGORY LYNN PARKER, Defendant-Appellant.

(Nos. 12750-51, cons.;

Fourth District—April 3, 1975.

*Rehearing denied May 19, 1975.*